478 A.2d 121

Commonwealth v. Scurry, Appellant.

594

Submitted April 16, 1984. Thomas L. McGill, Jr., for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.